**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| BRANCH BANKING & TRUST COMPANY, as successor in interest to Colonial Bank by asset acquisition from the FDIC as receiver for Colonial Bank, )<br><br>Plaintiff, )<br><br>v. )<br><br>HOUMA DOLLAR PARTNERS, L.L.C., CHARLES W. REEVES, JR., SUZANNE REEVES, REEVES DEVELOPMENT, L.L.C. )<br><br>Defendants. | CIVIL ACTION NO. 10-00267-CB-M |

**FINAL JUDGMENT**

In accordance with separate order entered this date granting Plaintiff's motion for summary judgment, it is hereby **ORDERED ADJUDGED** and **DECREED:**

1. As to Count One of the Complaint, the Plaintiff, Branch Banking & Trust Company, shall recover of the Defendants Houma Dollar Partners L.L.C., Charles W. Reeves, Suzanne Reeves, and Reeves Development, L.L.C., jointly and severally, the amount of six million one hundred fifty-seven thousand nine hundred thirty-five and 42/100ths ($6,157,935.42) dollars plus attorneys' fees and costs.

2. As to Count Two of the Complaint, the Plaintiff, Branch Banking & Trust Company, shall recover of the Defendants, Charles W. Reeves and Suzanne Reeves, jointly and severally, the amount of five hundred fourteen thousand nine hundred thirty-seven and 55/100ths ($514,937.55) dollars plus attorneys' fees and costs.

3.  Defendants are not entitled to recover on their counterclaims against the Plaintiff, and those counterclaims are hereby **dismissed with prejudice**.

**DONE** and **ORDERED** this the 6th day of February, 2012.

s/*Charles R. Butler, Jr.*
**Senior United States District Judge**